# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MADANI ILARA TEJAN,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about August 16, 2018, within the District of Columbia, **MADANI ILARA TEJAN**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the District of Maryland upon conviction for the commission of Conspiracy to Interfere with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a).

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.