## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 18–381 (RBW) |
| | ) | |
| MADANI TEJAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### VERDICT FORM

AND NOW, this ___18th___ day of ___July___, 2019, we, the Jurors empaneled in the

above captioned case, hereby find as follows:

1.   As to Count One of the Indictment (Escape from Custody), we find the defendant
     Madani Tejan,

     _____✓_____ Not Guilty

     _____ Guilty


**Please sign and date this verdict form on the lines provided below.**


If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror
number, and date this verdict slip on the lines provided below.